In the Matter of CITROEN CARS CORPORATION, Petitioner, v. CITY OF NEW YORK, DEPARTMENT OF FINANCE, Respondent.— Determination

Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.